IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fish, Richard A

Printed: 9/23/08

Case Number: 07 B 16653
Judge: Hollis, Pamela S
Filed: 9/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 11, 2008
Confirmed: December 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,393.34 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 5,977.75 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 415.59 |
| Other Funds: |  | 0.00 |
| Totals: | 6,393.34 | 6,393.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | ECast Settlement Corp | Unsecured | 9,884.23 | 781.31 |
| 2. | JP Morgan Chase Bank | Unsecured | 15,181.95 | 1,200.04 |
| 3. | FIA Card Services | Unsecured | 6,592.34 | 521.10 |
| 4. | Discover Financial Services | Unsecured | 12,548.66 | 991.92 |
| 5. | Portfolio Recovery Associates | Unsecured | 2,285.03 | 180.62 |
| 6. | B-Real LLC | Unsecured | 10,417.55 | 823.46 |
| 7. | ECast Settlement Corp | Unsecured | 5,844.16 | 461.96 |
| 8. | B-Real LLC | Unsecured | 8,439.23 | 667.09 |
| 9. | ECast Settlement Corp | Unsecured | 4,430.99 | 350.25 |
| 10. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 11. | Kohl's/Kohl's Dept Stores | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 75,624.14 | $ 5,977.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 415.59 |
|  | _____ |
|  | $ 415.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Fish, Richard A | Case Number:  07 B 16653 |
| | Judge:  Hollis, Pamela S |
| Printed:  9/23/08 | Filed:  9/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

